Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET

# U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

| | |
|---|---|
| **CASE SEALED:** ○ YES  ● NO | **DOCKET NUMBER:** 3:25-CR-317-MOC |

If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)

| | |
|---|---|
| **CASE NAME** | :US vs JOANNE MAURINE ORTEGA |
| **COUNTY OF OFFENSE** | : UNION |
| **RELATED CASE INFORMATION** | : |
| Magistrate Judge Case Number | : |
| Search Warrant Case Number | : |
| Miscellaneous Case Number | : |
| Rule 20b | : |
| **SERVICE OF PROCESS** | : ARREST WARRANT |

**U.S.C. CITATIONS** (Mark offense carrying greatest weight):   ○ Petty   ○ Misdemeanor   ● Felony

21 USC 841(a)(1)

**JUVENILE:**   ○ Yes   ● No

| | |
|---|---|
| **ASSISTANT U. S. ATTORNEY** | : ALFREDO DE LA ROSA |
| **VICTIM/WITNESS COORDINATORS:** | |
| **INTERPRETER NEEDED** | : |
| **LIST LANGUAGE AND/OR DIALECT:** | |
| **REMARKS AND SPECIAL INSTRUCTIONS:** | |

(Maintain form in the Attorney Work Product folder / Purge before archiving.)

Case 3:25-cr-00317-MOC-DCK   Document 1-1   Filed 11/07/25   Page 1 of 1