IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25-CR-317-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | **WRIT OF HABEAS CORPUS** |
| v. | ) | **AD PROSEQUENDUM** |
| | ) | |
| JOANNA MAURINE ORTEGA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO: The Director, Bureau of Prisons, Washington, D.C.
TO: U.S. Marshal, Western District of North Carolina, Charlotte, North Carolina
TO: Union County Jail, 3344 Presson Road, Monroe, NC 28112

**IT IS ORDERED** that you have the body of Joanna Maurine Ortega, W/F, DOB 08/31/1979, detained in your facility, under safe and secure conduct, brought before the Honorable _David Keesler_, United States Magistrate Judge, Western District of North Carolina, in the City of Charlotte, North Carolina, FORTHWITH, for proceedings on or before _12/18/2025_ at _10:30_ am/pm, to make an appearance before the Court on charges now pending against the Defendant, as well as any other related federal charges that may be filed.

**IT IS FURTHER ORDERED** that the United States Marshals Service shall return Defendant to the Union County Jail, under safe and secure conduct, after the disposition of the above-captioned case as well as any other related federal charges that may be filed against the Defendant.

The Clerk is directed to certify copies of this Order to the United States Marshals Service, the Union County Jail, and the United States Attorney.

**SO ORDERED**.  Signed: December 1, 2025

David C. Keesler
United States Magistrate Judge