UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. 3:25-CR- 317 |
| v. | ) | |
| | ) | **FACTUAL BASIS** |
| **JOANNE MAURINE ORTEGA,** | ) | |
| **Defendant** | ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of Defendant's plea agreement and Defendant's plea of guilty.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. On or about July 23, 2024, in Union County and within the Western District of North Carolina, the Defendant JOANNE MAURINE ORTEGA ("DEFENDANT"), did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance; specifically,

2. In early July 2024, a confidential informant with the Bureau of Alcohol, Tabacco, and Firearms arranged a shipment of a large quantity of methamphetamine to North Carolina. The source of supply indicated that he would send two women to North Carolina with about 35 pounds of methamphetamine. Only July 23, 2024, the source of supply indicated that the couriers would arrive between 4 and 5 pm and gave the confidential informant the phone number of CO-DEFENDANT Rene Rubio to contact. During the subsequent call, CO-DEFENDANT advised the confidential informant of her location and the type of vehicle she was travelling in as Defendant drove the vehicle. Police were able to locate the vehicle and conduct a traffic stop, after which a police K-9 alerted to the presence of narcotics. A search of the vehicle uncovered 35 individually

wrapped bags of methamphetamine. A chemist tested the substance and determined it to be a total 15,570 grams of methamphetamine with a 96% purity level, constituting 14,947 grams of methamphetamine actual.

RUSS FERGUSON
UNITED STATES ATTORNEY

_____
ALFREDO DE LA ROSA
ASSISTANT UNITED STATES ATTORNEY

<u>Defendant's Counsel's Signature and Acknowledgment</u>

     I have read this Factual Basis, the Bill of Information, and the plea agreement in this case and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis, the Bill of Information, and the plea agreement. I hereby certify that the defendant does not dispute this Factual Basis.

_____      DATED: 10/3/2025
CARSON SMITH
ATTORNEY FOR DEFENDANT

2